UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Dolos Analytics, LLC | ) ) ) ) | No. 25 C 1815 |
| Plaintiff, | ) ) | |
| v. | ) | Acting Chief Judge Jenkins |
| IAperion Care Bradley, LLC., et al, | ) ) ) ) ) | **FILED *IN CAMERA* AND UNDER SEAL** |
| Defendants. | ) | |

## ORDER

The United States has declined to intervene in this *qui tam* action. Therefore it is ordered that the complaint, this order, and the government's notice of election to decline intervention be unsealed and served upon the defendant by the relator. All other contents of the court's file in this action remain under seal and will not be made public or served upon the defendant. The seal is lifted as to all other matters occurring in this action after the date of this order. The Clerk is directed to reassign this case to an active judge of this court for further proceedings.

E N T E R:

Hon. Lindsay C. Jenkins
Acting Chief Judge

DATE: 7/1/2026