UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOLOS ANALYTICS, LLC, a Delaware limited liability company,<br><br>               Plaintiff-Relator,<br><br>v.<br><br>APERION CARE BRADLEY, LLC, an Illinois limited liability company, APERION CARE BRIDGEPORT, LLC, an Illinois limited liability company, APERION CARE CAPITOL, LLC, an Illinois limited liability company, APERION CARE DEMOTTE, LLC, an Illinois limited liability company, APERION CARE ELGIN, LLC, an Illinois limited liability company, APERION CARE GLENWOOD, LLC, an Illinois limited liability company, APERION CARE KOKOMO, LLC, an Illinois limited liability company, APERION CARE MARSEILLES, LLC, an Illinois limited liability company, APERION CARE MORTON VILLA, LLC, an Illinois limited liability company, APERION CARE PEORIA HEIGHTS, LLC, an Illinois limited liability company, APERION CARE PRINCETON, LLC, an Illinois limited liability company, APERION CARE SPRING VALLEY, LLC, an Illinois limited liability company, APERION CARE ST. ELMO, LLC, an Illinois limited liability company, APERION CARE TOLLESTON PARK, LLC, an Illinois limited liability company, APERION CARE TOLUCA, LLC, an Illinois limited liability company, APERION CARE WEST CHICAGO, LLC, an Illinois limited liability company, APERION CARE BLOOMINGTON, LLC, an Illinois limited liability company, | No. 25 C 1815<br><br>Judge Jenkins |

| | |
|---|---|
| APERION CARE FAIRFIELD, LLC, | ) |
| an Illinois limited liability company, | ) |
| APERION CARE MASCOUTAH, LLC, | ) |
| an Illinois limited liability company, | ) |
| APERION CARE PERU, LLC, | ) |
| an Illinois limited liability company, | ) |
| APERION CARE RIDGE, LLC, | ) |
| an Illinois limited liability company, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The court having considered relator Dolos Analytics, LLC's notice of voluntary dismissal without prejudice of this action brought under the False Claims Act, and the United States' notice of its written consent to the requested dismissal pursuant to 31 U.S.C. § 3730(b)(1) of the Act:

IT IS ORDERED that,

1.      This action is dismissed without prejudice as to the United States and as to Dolos Analytics, LLC; and

2.      The contents kept under seal pursuant to the court's July 1, 2026 order shall remain under seal and not be made public.

E N T E R:

_____

Judge Jenkins
United States District Court

Dated: 7/22/2026